**674**

(112 So. 922)

Jim HENDERSON v. STATE. (4 Div. 239.) Court of Appeals of Alabama. April 12, 1927. W. L. Parks, Judge.

RICE, J. Appeal dismissed.

(112 So. 922)

Harbon HILL v. STATE. (8 Div. 547.) Court of Appeals of Alabama. May 24, 1927. W. R. Jackson, Judge.

BRICKEN, P. J. Appeal dismissed.

(115 So. 923)

Joe HILYER v. STATE. (5 Div. 681.) Court of Appeals of Alabama. Jan. 10, 1928. Rehearing Denied Jan. 31, 1928. George F. Smoot, Judge.

Omar L. Reynolds, of Clanton, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. The only insistence of error is the refusal of the trial court to give the general charge for defendant. The facts and circumstances surrounding the finding of the whisky were sufficient to warrant the verdict returned by the jury, and meets the requirements of the rule as laid down' in Cannon v. State, 17 Ala. App. 82, 81 So. 860. Upon reading the entire record in this case, we have no doubt that the defendant has had a fair trial, and that the verdict returned was justified by the evidence. There is no error in the record, and the judgment is affirmed. Affirmed.

(111 So. 924)

D. J. HODGES v. John PERRY. (6 Div. 78.) (Court of Appeals of Alabama. March 22, 1927.) Romaine Boyd, Judge. Vassar L. Allen, of Birmingham, for appellant. D. G. Ewing, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement.

(113 So. 917)

C. E. HOLLEY, etc., v. Hattie WILLS. (6 Div. 147.) Court of Appeals of Alabama. May 10, 1927. Rehearing Denied June 7, 1927. Richard V. Evans, Judge.

SAMFORD, J. Affirmed on motion.

(116 So. 925)

Y. Allen HOLMAN v. Mrs. J. M. McPARKER. (4 Div. 413.) Court of Appeals of Alabama. March 27, 1928. Rehearing Denied April 24, 1928. J. S. Williams, Judge.

RICE, J. Affirmed.

(114 So. 922)

HOME INSURANCE CO. v. Leonard HOOPER. (6 Div. 176.) Court of Appeals of Alabama. Dec. 1, 1927. Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(115 So. 923)

HOOD–WHEELER FURNITURE CORPORATION v. Ola CARDWELL. (6 Div. 284.) Court of Appeals of Alabama. Jan. 31, 1928.

Romaine Boyd, Judge. London, Yancey & Brower, of Birmingham, for appellant. Altman, Taylor & Koenig, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed by agreement.

(118 So. 924)

James Chapman HORTON v. STATE. (5 Div. 716.) Court of Appeals of Alabama. Nov. 27, 1928. George F. Smoot, Judge.

RICE, J. Appeal dismissed. See, also, 22 Ala. App. 114, 113 So. 279.

(112 So. 923)

Bill HOWARD v. TOWN of HALEYVILLE. (6 Div. 214.) Court of Appeals of Alabama. April 21, 1927. R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 925)

Watson HUBBARD v. STATE. (2 Div. 419.) Court of Appeals of Alabama. Nov. 8, 1928. Thomas E. Knight, Judge. Distilling.

RICE, J. Affirmed.

(111 So. 924)

John HUGHES v. STATE. (8 Div. 469.) (Court of Appeals of Alabama. March 22, 1927.) J. E. Horton, Judge.

SAMFORD, J. Affirmed.

(116 So. 925)

George HUMES v. STATE. (8 Div. 661.) Court of Appeals of Alabama. March 27, 1928.

O. Kyle, Judge. Distilling. Thos. S. Woodruff, of Athens, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The evidence in this case is without conflict or dispute. This court is of the opinion that the state in this case failed to meet the burden of proof, and that the evidence, as a whole, was insufficient to overcome the presumption of innocence which attended the accused throughout the trial. Under this evidence he should have been discharged. For the error in refusing the affirmative charge, re-